# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### (Baltimore Division)

| | |
|---|---|
| In re | Case No. 25-10308 (DER) |
| Diamond Comic Distributors, Inc., et al., | Chapter 7 |
| Debtors. | (Jointly Administered) |
| _____ | _____ |
| Diamond Comic Distributors, Inc. v. Aspen MLT, Inc. | Adversary Proceeding Number: 25-00236 DER |
| Diamond Comic Distributors, Inc. v. Black Mask Studios | Adversary Proceeding Number: 25-00238 DER |
| Diamond Comic Distributors, Inc. v. Dark Horse Comics, LLC | Adversary Proceeding Number: 25-00240 DER |
| Diamond Comic Distributors, Inc. v. DSTLRY Media, Inc. | Adversary Proceeding Number 25-00242 DER |
| Diamond Comic Distributors, Inc. v. Heavy Metal Media, LLC | Adversary Proceeding Number: 25-00248 DER |
| Diamond Comic Distributors, Inc. v. Magnetic Press, LLC | Adversary Proceeding Number: 25-00252 DER |
| Diamond Comic Distributors, Inc. v. Massive Publishing, LLC | Adversary Proceeding Number: 25-00253 DER |
| Diamond Comic Distributors, Inc. v. Oni Press, Inc. | Adversary Proceeding Number 25-00255 DER |
| Diamond Comic Distributors, Inc. v. Panini UK, Ltd. | Adversary Proceeding Number 25-00257 DER |
| Diamond Comic Distributors, Inc. | Adversary Proceeding Number |

| | |
|---|---|
| v. Alien Books | 25-00234 DER |
| Diamond Comic Distributors, Inc. | Adversary Proceeding Number |
| v. Titan Comics | 25-00258 DER |
| Diamond Comic Distributors, Inc. | Adversary Proceeding Number |
| v. Vault Storyworks, LLC | 25-00261 DER |

_____

**STIPULATION EXTENDING DEFENDANTS' DEADLINE TO RESPOND TO PLAINTIFFS' COMPLAINTS**

Plaintiff Diamond Comic Distributors, Inc. (the "Plaintiff"), by and through its undersigned counsel, and the above-captioned Defendants (collectively, the "Defendants"), by and through their undersigned counsel, hereby stipulate that Defendants' deadline to respond to Plaintiff's Complaints shall be extended to August 31, 2026.

| | |
|---|---|
| /s/ Zvi Guttman | /s/ Craig M. Palik |
| Zvi Guttman (Bar No. 06902) | Craig M. Palik, Esquire (Bar No. 15254) |
| The Law Offices of Zvi Guttman, P.A. | Justin P. Fasano, Esquire |
| P.O. Box 32308 | Janet M. Nesse, Esquire |
| Baltimore, MD 21282 | McNamee Hosea, P.A. |
| (410) 580-0500 (phone) | 6404 Ivy Lane, Suite 820 |
| Zvi@zviguttman.com | Greenbelt, MD 20770 |
| | (301) 441-2420 |
| Counsel for Plaintiff | cpalik@mhlawyers.com |
| | jfasano@mhlawyers.com |
| | jnesse@mhlawyers.com |
| | |
| | Attorneys for Aspen MLT, LLC, a/k/a Aspen Comics, |
| | Black Mask Studios, LLC, |
| | Dark Horse Comics, Inc, |
| | DSTLRY Media, Inc., |
| | Entertainment, |
| | Heavy Metal International, LLC, |
| | Magnetic Press, LLC, |
| | Massive Publishing, LLC, |
| | Oni-Lion Forge Publishing Group, LLC f/k/a Oni Press, LLC, |
| | Panini UK Ltd., |

|  | Punk Bot Comic Books, LLC a/k/a Alien Books, <br> The Penn State University a/k/a Graphic Mundi, <br> Titan Publishing Group, Ltd. and <br> Vault Storyworks, LLC a/k/a Vault Comics f/k/a Creative Mind Energy |
|---|---|

I HEREBY CERTIFY that the terms of the copy of this consent order/stipulation submitted to the Court are identical to those set forth in the original consent order/stipulation; and the signatures represented by the /s/_____ on this copy reference the signatures of consenting parties on the original consent order/stipulation.
/s/ Craig Palik.